UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALVIN PARKS and MARCIA PARKS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:11-CV-496 CAS |
| ) | |
| CITICORP TRUST BANK, MILLSAP & ) | |
| SINGER, LLC, BENJAMIN C. STRUBY, ) | |
| LINSEY L. CRAFT, and MICHAEL J. ) | |
| WAMBOLT, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

This matter is before the Court on review of the file.

On July 21, 2011, the Court issued an order directing plaintiffs to promptly serve defendants Citicorp Trust Bank, Millsap & Singer, LLC, Benjamin C. Struby, Linsey L. Craft, and Michael J. Wambolt by August 5, 2011. The order specifically provided that: "In the absence of good cause shown, failure to timely serve said defendants shall result in dismissal of this action without prejudice."

The record not reflecting proof of service on defendants,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 12th day of August, 2011.